**PILLSBURY WINTHROP SHAW PITTMAN LLP**
RICHARD H. ZAITLEN # 063283
richard.zaitlen@pillsburylaw.com
EVAN FINKEL #100673
evan.finkel@pillsburylaw.com
MARK R. KENDRICK # 217198
mark.kendrick@pillsburylaw.com
CAROLYN S. TOTO # 233825
carolyn.toto@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 226-4058

Attorneys for Defendants
INGENIO, INC. and YELLOWPAGES.COM, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VELLATA, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>YELLOW BOOK USA, INC., INGENIO, INC. d.b.a. AT&T INTERACTIVE, and YELLOWPAGES.COM, LLC d.b.a. AT&T INTERACTIVE,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | No. CV09-6642 AHM (AGRx)<br><br>Order of Dismissal of Case with Prejudice<br><br>Pretrial Conf.: January 24, 2011<br>Trial:　　　　　February 15, 2011<br>Courtroom:　　14<br>Judge:　　　　A. Howard Matz<br>Magistrate:　　Alicia G. Rosenberg |

1  The Court having considered the Parties' Joint Stipulation for Dismissal of
2  Case with Prejudice, and finding good cause for the stipulated request, hereby
3  ORDERS that the entire action between Plaintiff Vellata, LLC ("Plaintiff") and
4  Defendants Ingenio, Inc. dba AT&T Interactive and Yellowpages.com, LLC dba
5  AT&T Interactive (collectively, "ATTi Defendants"), including without limitation
6  any and all claims by Plaintiff against the ATTi Defendants and any and all
7  counterclaims by the ATTi Defendants against Plaintiff, shall be and hereby is
8  dismissed with prejudice, with each party to bear its own costs and attorneys fees.

10  **IT IS SO ORDERED.**
11  Dated: April 22, 2010

12  By: _____
13  THE HON. A. HOWARD MATZ
    United States District Court Judge

14  **JS-6**